# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>PORTER, LOUISA | 2. Court or Organization<br><br>U.S. DIST COURT-SO. DIST-CA | 3. Date of Report<br><br>04/30/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>MAGISTRATE JUDGE-FULLTIME | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>03/31/2012 |
| 7. Chambers or Office Address<br><br>940 FRONT STREET<br>SAN DIEGO, CA 92101 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | VICE PRESIDENT | PACO-NIKKI S.A., SAN JOSE, COSTA RICA |
| 2. | Board of Visitors | University of San Diego School of Law |
| 3. | Board of Advisors | International Association for Court Administration |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PORTER, LOUISA | 04/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011-03/12 | ANNUITY #3 - DEFERRED INCOME | $39,348.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011-3/12 | Annuity - Safeco/Symatra |
| 2. 2011-3/12 | Annuity - C.N.A. |
| 3. 2011-3/12 | University of San Diego School of Law - Professor - salary |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Conference Institute | 06/22-23/2011 | Boston, Mass. | speaker for seminar | transportation and hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PORTER, LOUISA** | 04/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CHASE | CREDIT CARD | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **PORTER, LOUISA** | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JADA UNLIMITED | | None | J | U | | | | | |
| 2. DTMS INC | | None | J | V | | | | | |
| 3. PACO-NIKKI S.A. (J) - Purchased 11/95 - $87,859.02 | | None | L | R | | | | | |
| 4. CALIFORNIA BANK AND TRUST | A | Interest | K | T | | | | | |
| 5. UBS FINANCIAL SERVICES (IRA)- | | | | | | | | | |
| 6. - LIQUID ASSET FUND (IRA) | A | Interest | J | T | | | | | |
| 7. - T-BILL (IRA) | B | Interest | K | T | Matured (part) | 05/31/11 | L | | |
| 8. - AMERICAN INC FD OF (IRA) | B | Dividend | L | T | | | | | |
| 9. - AMERICAN CAP INC BUILDER C (IRA) | B | Dividend | K | T | | | | | |
| 10. - BOEING CO (IRA) | A | Dividend | J | T | | | | | |
| 11. - FORD CO NEW (IRA) | A | Dividend | J | T | Buy (add'l) | 11/21/11 | J | | |
| 12. - GENERAL ELECTRIC CO (IRA) | A | Dividend | J | T | | | | | |
| 13. - MOTORS LIQ CO (IRA) | A | Dividend | J | T | Distributed | 06/20/11 | J | | |
| 14. - MEDTRONIC INC (IRA) | A | Dividend | J | T | | | | | |
| 15. UBS FINANCIAL SERVICES (IRA) - | | | | | | | | | |
| 16. - AMERICAN FNDMNTL INVEST | A | Dividend | J | T | Buy (add'l) | 12/31/11 | J | | |
| 17. - AMERICAN NEW PERSPECTIVE | A | Dividend | J | T | Buy (add'l) | 12/31/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PORTER, LOUISA | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - AMERICAN GR FD OF AMERICA | A | Dividend | J | T | Buy (add'l) | 12/31/11 | J | | |
| 19. - AMERICAN SMALLCAP WORLD | A | Dividend | J | T | Buy (add'l) | 12/31/11 | J | | |
| 20. UBS FINANCIAL SERVICES (IRA) - | | | | | | | | | |
| 21. - BERSHIRE HATHAWAY (IRA) | | None | J | T | | | | | |
| 22. - COSTCO WHOLESALE (IRA) | A | Dividend | J | T | | | | | |
| 23. - DEVON ENERGY (IRA) | A | Dividend | J | T | | | | | |
| 24. - DUN & BRADSTREET (IRA) | A | Dividend | J | T | | | | | |
| 25. - LOEWS CORP (IRA) | A | Dividend | J | T | | | | | |
| 26. - MOODYS CORP (IRA) | A | Dividend | J | T | | | | | |
| 27. - SEALED AIR CP (IRA) | A | Dividend | J | T | | | | | |
| 28. - TRANSATLANTIC HOLDING (IRA) | A | Dividend | J | T | | | | | |
| 29. - WELLS FARGO & CO (IRA) | A | Dividend | J | T | Buy (add'l) | 09/06/11 | J | | |
| 30. - DIAGEO PLC SPON NEW (IRA) | A | Dividend | J | T | Buy (add'l) | 09/14/11 | J | | |
| 31. - EOG RESOURCES (IRA) | A | Dividend | J | T | | | | | |
| 32. - MICROSOFT CORP (IRA) | A | Dividend | J | T | Buy (add'l) | 12/07/11 | J | | |
| 33. - PROGRESSIVE CORP (IRA) | A | Dividend | J | T | | | | | |
| 34. - OCCIDENTAL PETROLEUM (IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| PORTER, LOUISA | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - IRON MOUNTAIN INC (IRA) | | None | J | T | | | | | |
| 36. - AMERIPRISE FINCL (IRA) | A | Dividend | J | T | | | | | |
| 37. - HARLEY DAVIDSON INC (IRA) | A | Dividend | J | T | | | | | |
| 38. - CASH (IRA) | | None | J | T | | | | | |
| 39. - PROCTOR & GAMBLE (IRA) | A | Dividend | J | T | | | | | |
| 40. - BANK OF NEW YORK MELLON CORP (IRA) | A | Dividend | J | T | | | | | |
| 41. - CANADIAN NATURAL RESOURCES LTD (IRA) | A | Dividend | J | T | | | | | |
| 42. - TYCO ELECTRONICS LTD (IRA) | A | Dividend | J | T | | | | | |
| 43. - AGILENT TECHNOLOGIES (IRA) | | None | J | T | | | | | |
| 44. - BED BATH & BEYOND (IRA) | | None | J | T | | | | | |
| 45. - EXPRESS SCRIPTS INC (IRA) | | None | J | T | | | | | |
| 46. - GOOGLE INC (IRA) | A | Dividend | J | T | | | | | |
| 47. - GRUPO TELEVISA S.A. GLOBAL (IRA) | A | Dividend | J | T | | | | | |
| 48. - HEWLETT PACKARD (IRA) | A | Dividend | J | T | | | | | |
| 49. - JOHNSON & JOHNSON (IRA) | A | Dividend | J | T | | | | | |
| 50. - PHILIP MORRIS INTL INC (IRA) | A | Dividend | J | T | Buy (add'l) | 09/14/11 | J | | |
| 51. - TEXAS INSTRUMENTS (IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PORTER, LOUISA | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - BECTON DICKINSON & CO (IRA) | | None | J | T | | | | | |
| 53. - MERK & CO INC (IRA) | A | Dividend | J | T | | | | | |
| 54. - PFIZER INC (IRA) | A | Dividend | J | T | | | | | |
| 55. - TRANSOCEAN LTD (IRA) | | None | J | T | | | | | |
| 56. - BAXTER INTL (IRA) | A | Dividend | J | T | | | | | |
| 57. -COCO COLA CO (IRA) | A | Dividend | J | T | | | | | |
| 58. - LOCKHEEED MARTIN CORP (IRA) | A | Dividend | J | T | | | | | |
| 59. - MONSANTO (IRA) | A | Dividend | J | T | | | | | |
| 60. - ACE LTD CHF | A | Dividend | J | T | Buy | 10/05/11 | J | | |
| 61. - ABBOTT LABS | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 62. - AT&T INC | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 63. - BANK OF NOVA SCOTIA CANADA CAD | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 64. - WEYERHAEUSER CO UNSOLICITED | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 65. - WAL MART STORES INC UNSOLICITED | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 66. - VODAFONE GROUP PLC NEW SPON ADR | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 67. - VERIZON COMMUNICATIONS INC | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 68. - VF CORP UNSOLICITED | A | Dividend | J | T | Buy | 09/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PORTER, LOUISA | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - DEERE AND CO | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 70. - CONOCOPHILLIPS | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 71. - CONS ENERGY INC | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 72. - CHEVRON CORP | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 73. - CHUBB CORP | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 74. - CENTURYLINK | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 75. - CAMECO CORP CANADA CAD | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 76. - CATERPILLAR INC | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 77. - CDN NATL RAILWAY CO CAD | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 78. - BRISTOL MYERS SQUIBB CO | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 79. - BHP BILLITON LTD SPON ADR | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 80. - BANK OF NOVA SCOTIA CANADA CAD | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 81. - COMCAST CORP NEW SPECIAL CL A | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 82. - AT&T INC | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 83. - JPMORGAN CHASE & CO | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 84. - JOHNSON CONTROLS INC | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 85. - INTL BUSINESS MACH | A | Dividend | J | T | Buy | 09/14/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PORTER, LOUISA | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - INTEL CORP | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 87. - HONEYWELL INTL INC | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 88. - HOME DEPOT INC | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 89. - GENL MILLS INC | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 90. - GENL ELECTRIC CO | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 91. - GENL DYNAMICS CORP | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 92. - ENBRIDGE INC CAD | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 93. - EXXON MOBIL CORP | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 94. - EQT CORP | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 95. - DU PONT DE NEMOURS | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 96. - DOW CHEMICAL | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 97. - DOMINION RESOURCES INC VA (NEW) | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 98. - FIRSTENERGY CORP | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 99. - KIMBERLY CLARK CORP | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 100. - LORILLARD INC | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 101. - LIMITED BRANDS INC CL A | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 102. - SCHLUMBERGER LTD NETHERLANDS ANTILLES | A | Dividend | J | T | Buy | 09/14/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PORTER, LOUISA | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 103. - RIO TINTO PLC SPON ADR | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 104. - RAYTHEON CO NEW | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 105. - PUBLIC SERVICE ENTERPRSE GROUP INC | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 106. - PRAXAIR INC | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 107. -PRUDENTIAL FINANCIAL INC | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 108. - PROCTER & GAMBLE CO | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 109. - PEABODY ENERGY CORP | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 110. - NEXTERA ENERGY INC COM | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 111. - NORTHROP GRUMMAN CORP | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 112. - NORTHEAST UTILITIES | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 113. - MEADWESTVACO CORP | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 114. -MCDONALDS CORP | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 115. - MARATHON PETROLEUM CO | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 116. - MARATHON OIL CORP | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 117. - UNTD TECHNOLOGIES CORP | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 118. - TOTAL S.A. FRANCE SPON ADR | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 119. - US BANCORP DEL (NEW) | A | Dividend | J | T | Buy | 09/14/11 | J | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PORTER, LOUISA | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - UNILEVER NV N Y SHS NEW NETHERLANDS SPON ADR | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 121. - TRAVELERS COS INC/THE | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 122. - 3M CO | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 123. - TORONTO DOMINION BK NEW CANADA CAD | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 124. - SOUTHERN CO | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 125. - SEMPRA ENERGY | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 126. UBS FINANCIAL SERVICES (IRA) - | | | | | | | | | |
| 127. - ALCATEL ADS (IRA) | | None | J | T | | | | | |
| 128. - CENTRAIS ELECTRICAS (IRA) | | None | J | T | | | | | |
| 129. - DEUTSCHE TELEKOM (IRA) | A | Dividend | J | T | | | | | |
| 130. - LIQUID ASSET FUND (IRA) | | None | J | T | | | | | |
| 131. - MITSUBISHI UFJ (IRA) | A | Dividend | J | T | | | | | |
| 132. - NIPPON TELEGRAPH (IRA) | A | Dividend | J | T | | | | | |
| 133. - AT&T INC ( (IRA) | A | Dividend | J | T | Buy (add'l) | 09/13/11 | J | | |
| 134. - TELEBRAS (IRA) Renamed | A | Dividend | J | T | | | | | |
| 135. - TELEFONICA DE ESPANA (IRA) | A | Dividend | J | T | | | | | |
| 136. - TELEFONOS DE (IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PORTER, LOUISA | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - VERIZON COMMUNICATIONS (IRA) | A | Dividend | J | T | | | | | |
| 138. - XEROX (IRA) | A | Dividend | J | T | | | | | |
| 139. - KONINKLIJKE AHOLD (IRA) | A | Dividend | J | T | | | | | |
| 140. - SAFEWAY (IRA) | A | Dividend | J | T | | | | | |
| 141. - MARKS & SPENCER GRP (IRA) | A | Dividend | J | T | | | | | |
| 142. - VIVO PARTICIPACOES (IRA) | A | Dividend | J | T | | | | | |
| 143. - TELECOM ITALIA SPA (IRA) | A | Dividend | J | T | | | | | |
| 144. - FRANCE TELECOM (IRA) | A | Dividend | J | T | | | | | |
| 145. - FUJIFILM HLDGS (IRA) | A | Dividend | J | T | | | | | |
| 146. - GLAXOSMITHKLINE PLC (IRA) | A | Dividend | J | T | Buy (add'l) | 09/13/11 | J | | |
| 147. - PFIZER INC (IRA) | A | Dividend | J | T | | | | | |
| 148. - PORTUGAL TELECOM (IRA) | A | Dividend | J | T | | | | | |
| 149. - TIM PARTICIPACOES (IRA) | A | Dividend | J | T | | | | | |
| 150. - UNILVER NV NY (IRA) | A | Dividend | J | T | | | | | |
| 151. - CASH (IRA) | | None | J | T | | | | | |
| 152. - FIFTH 3RD BANCORP OHIO (IRA) | A | Dividend | J | T | | | | | |
| 153. - SANOFI AVENTIS ADS (IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PORTER, LOUISA | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - STMICROELECTRONICS (IRA) | A | Dividend | J | T | | | | | |
| 155. - BOSTON SCIENTIFIC CORP | | None | J | T | | | | | |
| 156. - DELL INC (IRA) | | None | J | T | | | | | |
| 157. - DOW CHEMICAL (IRA) | A | Dividend | J | T | | | | | |
| 158. - INTEL CORP (IRA) | A | Dividend | J | T | Buy (add'l) | 09/13/11 | J | | |
| 159. - MICROSOFT CORP (IRA) | A | Dividend | J | T | | | | | |
| 160. - SUPERVALU INC (IRA) | A | Dividend | J | T | | | | | |
| 161. - ASTRAZENECA PLC ADS (IRA) | A | Dividend | J | T | | | | | |
| 162. - L M ERICSSON LM TEL ADR CL B NEW (IRA) Renamed | A | Dividend | J | T | | | | | |
| 163. - MIZUHO FNCL INC C SPONS ADR (IRA) | A | Dividend | J | T | | | | | |
| 164. - MOTOROLA INC (IRA) | A | Dividend | J | T | | | | | |
| 165. - SUMITOMO MITSUI FINL GRP ADR (IRA) | A | Dividend | J | T | | | | | |
| 166. - TELE NORTE LESTE PART SA ADR (IRA) | A | Dividend | J | T | | | | | |
| 167. - AEGON NV (IRA) | A | Dividend | J | T | | | | | |
| 168. - BANK OF AMERICA CORP (IRA) | A | Dividend | J | T | | | | | |
| 169. - CANON INC (IRA) | A | Dividend | J | T | | | | | |
| 170. - GENERAL ELECTRIC CO (IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PORTER, LOUISA | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - J SAINSBURY PLC (IRA) | A | Dividend | J | T | | | | | |
| 172.  - MASCO CORP (IRA) | A | Dividend | J | T | | | | | |
| 173.  - MS&AD (IRA) Renamed from MITSUI SUMITOMO (IRA) | A | Dividend | J | T | | | | | |
| 174.  - NOKIA CP (IRA) | A | Dividend | J | T | | | | | |
| 175.  - SONY CORP NEW (IRA) | A | Dividend | J | T | | | | | |
| 176.  - TEXAS INSTRUMENTS (IRA) | A | Dividend | J | T | | | | | |
| 177.  - TOKIO MARINE HOLDING (IRA) | A | Dividend | J | T | | | | | |
| 178.  - BRASIL TELECOM S A SPON ADR (IRA) | | None | J | T | | | | | |
| 179.  - BRASIL TELECOM SA REPSTG PFD(IRA) | | None | J | T | | | | | |
| 180.  - ENI SPA OT SPON ADR (IRA) | A | Dividend | J | T | | | | | |
| 181.  - MERCK & CO INC (IRA) | A | Dividend | J | T | | | | | |
| 182.  - NISSAN MTR LTD SPONS ADR (IRA) | A | Dividend | J | T | | | | | |
| 183.  - REGIONS FINANCIAL (IRA) | A | Dividend | J | T | | | | | |
| 184.  - SUNTRUST BANKS INC (IRA) | A | Dividend | J | T | | | | | |
| 185.  - SWISS REINS CO (IRA) | A | Dividend | J | T | | | | | |
| 186.  - TOYOTA MOTOR CORP NEW (IRA) | A | Dividend | J | T | | | | | |
| 187.  - VALERO ENERGY CORP NEW (IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PORTER, LOUISA | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - WELLS FARGO & CO (IRA) | A | Dividend | J | T | | | | | |
| 189. - ASTELLAS PHARMA INC (IRA) | A | Dividend | J | T | | | | | |
| 190. - BB&T CORP (IRA) | A | Dividend | J | T | | | | | |
| 191. - CARREFOUR SA (IRA) | A | Dividend | J | T | | | | | |
| 192. - CHEASAPEAKE ENERGY (IRA) | A | Dividend | J | T | | | | | |
| 193. - CHEVRON CORP (IRA) | A | Dividend | J | T | | | | | |
| 194. - DAIICHI SANKYO (IRA) | A | Dividend | J | T | | | | | |
| 195. - INTESA SANPAOLO (IRA) | A | Dividend | J | T | | | | | |
| 196. - KROGER COMPANY (IRA) | A | Dividend | J | T | | | | | |
| 197. - LOWES COMPANIES (IRA) | A | Dividend | J | T | | | | | |
| 198. - MARSH & MCLENNAS (IRA) | A | Dividend | J | T | | | | | |
| 199. - SEVEN &1 HOLDINGS (IRA) | A | Dividend | J | T | | | | | |
| 200. - TAKEDA PHARMACEUTICAL (IRA) | A | Dividend | J | T | | | | | |
| 201. - TOTAL S.A. FRANCE (IRA) | A | Dividend | J | T | | | | | |
| 202. - PLAINS ALL AMER PIPELINE LP UNIT LTD PARTNERSHIP | A | Dividend | J | T | Buy | 03/20/12 | J | | |
| 203. - YPF SOCIEDAD ANONIMA SPONS ADR DEP SHS REP | A | Dividend | J | T | Buy | 09/13/11 | J | | |
| 204. UBS FINANCIAL SERVICES ▨ (IRA) ▨ | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PORTER, LOUISA | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - ALCATEL - LUCENT ADS (IRA) | | None | J | T | | | | | |
| 206. - BRASIL TELECOM IRA) | A | Dividend | J | T | | | | | |
| 207. - BRASIL TELECOM S A SPON (IRA) | | None | J | T | | | | | |
| 208. - CENTRAIS ELECT (IRA) | | None | J | T | | | | | |
| 209. - DEUTSCHE TELEKOM (IRA) | A | Dividend | J | T | | | | | |
| 210. - MARKS & SPENCER (IRA) | A | Dividend | J | T | | | | | |
| 211. - MITSUBISHI UFJ (IRA) | A | Dividend | J | T | | | | | |
| 212. - NIPPON TELEGRAPH (IRA) | A | Dividend | J | T | | | | | |
| 213. - AT&T (IRA) | A | Dividend | J | T | | | | | |
| 214. - TELECOMUNICAS BRAS (IRA | A | Dividend | J | T | | | | | |
| 215. - TELEFONICA DE ESPAN (IRA) | A | Dividend | J | T | | | | | |
| 216. - TELEFONOS DE (IRA) | A | Dividend | J | T | | | | | |
| 217. - VERIZON COMMUN (IRA) | A | Dividend | J | T | | | | | |
| 218. - GLAXOSMITHKLINE (IRA) | A | Dividend | J | T | | | | | |
| 219. - SAFEWAY CORP (IRA) | A | Dividend | J | T | | | | | |
| 220. - VIVO PARTICIPACOES (IRA) | | None | J | T | | | | | |
| 221. - TELCOM ITALIA SPA (IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PORTER, LOUISA | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - AEGON NV ADR (IRA) | A | Dividend | J | T | | | | | |
| 223. - FRANCE TELECOM (IRA) | A | Dividend | J | T | | | | | |
| 224. -FUJIFILM HLDGS ( (IRA) | A | Dividend | J | T | | | | | |
| 225. - KONINKLIJKE AHOLD (IRA) | | None | J | T | | | | | |
| 226. - PFIZER INC (IRA) | A | Dividend | J | T | | | | | |
| 227. - PORTUGAL TELECOM SGPS (IR | A | Dividend | J | T | | | | | |
| 228. - TIM PARTICIPACOES (IRA) | A | Dividend | J | T | | | | | |
| 229. - UNILEVER NV NY (IRA) | A | Dividend | J | T | | | | | |
| 230. - FIFTH 3RD BANCORP OHIO (IRA) | A | Dividend | J | T | | | | | |
| 231. - SANOFI AVENTIS ADS (IRA) | A | Dividend | J | T | | | | | |
| 232. - STMICROELECTRONICS (IRA) | A | Dividend | J | T | | | | | |
| 233. - BOSTON SCIENTIFIC CORP (IRA) | | None | J | T | | | | | |
| 234. - DELL INC (IRA) | | None | J | T | | | | | |
| 235. - DOW CHEMICAL ) (IRA) | A | Dividend | J | T | | | | | |
| 236. - INTEL CORP (IRA) | A | Dividend | J | T | | | | | |
| 237. - MICROSOFT CORP (IRA) | A | Dividend | J | T | | | | | |
| 238. - SUPERVALU INC (IRA) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PORTER, LOUISA | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - ASTRAZENECA PLC ADS (IRA) | A | Dividend | J | T | | | | | |
| 240. - CITIGROUP INC (IRA) | A | Dividend | J | T | | | | | |
| 241. - MIZUHO FNCL INC C SPONS ADR (IRA) | A | Dividend | J | T | | | | | |
| 242. - MOTOROLA INC ( (IRA) | A | Dividend | J | T | | | | | |
| 243. - SUMITOMO MITSUI FINL GRP ADR (IRA) | | None | J | T | | | | | |
| 244. - TELE NORTE LESTE PART SA ADR (IRA) | | None | J | T | | | | | |
| 245. - BANK OF AMERICA (IRA) | A | Dividend | J | T | | | | | |
| 246. - CANON INC ADR NEW (IRA) | A | Dividend | J | T | | | | | |
| 247. - GENERAL ELECTRIC CO (IRA) | A | Dividend | J | T | | | | | |
| 248. - J SAINSBURY PLC SPON ADR NEW (IRA) | A | Dividend | J | T | | | | | |
| 249. - MASCO CORP (IRA) | A | Dividend | J | T | | | | | |
| 250. - NOKIA CP ADR (IRA) | A | Dividend | J | T | | | | | |
| 251. - TEXAS INSTRUMENTS (IRA) | A | Dividend | J | T | | | | | |
| 252. - TOKI MARINE HOLDING (IRA) | A | Dividend | J | T | | | | | |
| 253. - CARREFOUR SA ADR (IRA) | | None | J | T | | | | | |
| 254. - ENI SPA IT SPON ADR (IRA) | | None | J | T | | | | | |
| 255. - KEYCORP NEW (IRA) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PORTER, LOUISA | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - MERCK & CO INC ▓ (IRA) | A | Dividend | J | T | | | | | |
| 257. - PNC FINANCIAL SERVICES GROUP ▓ (IRA) | A | Dividend | J | T | | | | | |
| 258. - SONY CORP ▓ (IRA) | A | Dividend | J | T | | | | | |
| 259. - SUNTRUST BANKS ▓ (IRA) | A | Dividend | J | T | | | | | |
| 260. - TOYOTA MOTOR CORP ▓ (IRA) | A | Dividend | J | T | | | | | |
| 261. - VALERO ENERGY CORP ▓ (IRA) | A | Dividend | J | T | | | | | |
| 262. - WELLS FARGO ▓ ) (IRA) | A | Dividend | J | T | | | | | |
| 263. - UBS CASH RESERVES FUND ▓ (IRA) | A | Int./Div. | J | T | | | | | |
| 264. - ASTELLAS ▓ (IRA) | A | Dividend | J | T | | | | | |
| 265. - BB&T CORP ▓ (IRA) | A | Dividend | J | T | | | | | |
| 266. - CHEVRON ▓ (IRA) | A | Dividend | J | T | | | | | |
| 267. - INTES SANPAOLO ▓ (IRA) | A | Dividend | J | T | | | | | |
| 268. - LOWES COMPANIES ▓ (IRA) | A | Dividend | J | T | | | | | |
| 269. - NISSAN MTR ▓ (IRA) | A | Dividend | J | T | | | | | |
| 270. - REGIONS FINANCIAL ▓ (IRA) | A | Dividend | J | T | | | | | |
| 271. - SEVEN & I HLDGS | A | Dividend | J | T | | | | | |
| 272. - SWISS REINS ▓ (IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PORTER, LOUISA | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - TAKEDA PHARM▨ (IRA) | A | Dividend | J | T | | | | | |
| 274. - TOTAL S. A.▨ (IRA) | A | Dividend | J | T | | | | | |
| 275. - WSTN DIGITAL▨ (IRA) | A | Dividend | J | T | | | | | |
| 276. UBS FINANCIAL SERVICES (IRA)-▨ | | | | | | | | | |
| 277. - LIQUID ASSET FUND (IRA) | B | Int./Div. | J | T | | | | | |
| 278. - AMERICAN FUNDS INCOME (IRA) | C | Dividend | L | T | | | | | |
| 279. - AMERICAN FUNDS CAPITAL INCOME (IRA) | C | Dividend | L | T | Buy (add'l) | 12/31/11 | J | | |
| 280. - BLACKROCK GLOBAL ALLOCATION (IRA) | B | Dividend | K | T | Buy (add'l) | 12/31/11 | J | | |
| 281. - VAN ECK GLOBAL HARD (IRA) | A | Dividend | K | T | Buy (add'l) | 12/31/11 | K | | |
| 282. - FRANKLIN/TEMPLETON (IRA) | A | Dividend | K | T | | | | | |
| 283. - LORD ABBETT (IRA) | A | Dividend | K | T | | | | | |
| 284. - PIMCO ALL ASSETS (IRA) | A | Dividend | K | T | | | | | |
| 285. | | | | | | | | | |
| 286. | | | | | | | | | |
| 287. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PORTER, LOUISA | 04/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Positions:

PACO-NIKKI S.A. - is a privately held Costa Rican Corporation formed to purchase and hold property - purchased property 11/95 for $87,859.02

Board of Visitors - University of San Diego School of Law is an advisory board consisting of community leaders and alumni. Although the Board does assist in raising funds for the endowment, it is not required and I am NOT involved in any fund raising.

Board of Advisors - International Association for Court Administration is an advisory board consisting of judges and international leaders in court administration. No fund raising is involved in this position or the board.

NON-INVESTMENT INCOME:

3A. Certain of my income while an attorney was taken as annuities - as they are paid they are listed here.

REIMBURSEMENTS:

All reimbursements listed are for educational seminars in which I was a speaker or presenter.

LIABILITIES:

Any liabilities previously listed that do not appear on this report did not meet the reporting limits on 03/31/2012 or at any time during 2011-3/12 per the instructions.

INVESTMENTS AND TRUSTS:

JADA LIMITED: This asset will continue to be listed until an investigation into assets is completed.

DTMS: A claim has been submitted to the US District Court in connection with a pending action. There has been no disposition.

IRA's: all dividends, income, or capitol are rolled over into the IRA. There is no realized income.

Investments are grouped by account. New investments are listed at the end of each account group.

Section VII of this report was prepared by a Certified Public Accountant in accordance with policy.

| Name of Person Reporting | Date of Report |
|---|---|
| PORTER, LOUISA | 04/30/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ LOUISA PORTER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544